## 54      CRITTENDEN *v.* ATWOOD.

CHASE *v.* EDWARDS. — Order appealed from affirmed, with ten dollars costs and disbursements. Motion to dismiss the appeal denied, without costs, on the opinion of HAIGHT, J., in the case of *Bennett* v. *Edwards.*

ALBERT V. TILLMAN, *Appellant, v.* THE BUFFALO AND IDAHO GOLD AND SILVER MINING COMPANY, *Respondent.* — Motion denied, without costs, and cause ordered over the term.

CORNELIA W. ADAIR and others, *Appellants, v.* MARTIN BRIMMER and others, *Respondents.* — Decree of surrogate reversed and case remitted to the surrogate of Livingston county to restate the account as indicated in the opinion, neither party to have costs of this appeal as against the other or out of the estate.

EDWARD N. COOK and others, *Appellants, v.* THE CITY OF BUFFALO and another, *Respondents.* — Order of Special Term affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.; HAIGHT, J., not sitting.

JULIAN T. WILLIAMS and others, *Plaintiffs in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Conviction and judgment reversed and case remitted to the Court of Sessions of Chautauqua county for a new trial. Opinion by SMITH, P. J.

MARY SCHWEITZER, *as Administratrix, etc., Respondent, v.* ERNST SANDER and CONRAD WEISS, *Appellants.* — Judgment affirmed. Opinion by HARDIN, J.

BENJAMIN PORTER, *Executor, etc., Respondent, v.* REUBEN E PERRY, *Appellant.* — Judgment affirmed, with costs. Opinion by HARDIN, J.

BRAINARD WHITE, *Respondent, v.* LUCY WHITE, *Appellant.* — Judgment affirmed. Opinion by HARDIN, J.

JANE E. SPENDLOVE, *Appellant, v.* ALEXANDER L. CHERO and another, *as Executors, etc., Respondents.* — Order appealed from affirmed ; costs of this appeal to abide the final direction in the proceedings as to costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* DANIEL GERE and others, *Appellants, v.* JOHN R. WHITLOCK and others, *Respondents.* — Judgment affirmed, with costs, on opinion of CHURCHILL, J., at circuit ; SMITH, P. J., not sitting.

MARY A. HARLINGER, *as Administratrix, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Order affirmed. Opinion by SMITH, P. J.

THE SENECA NATION OF INDIANS, *Respondents, v.* HENRY FOLTZ, *Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.; HAIGHT, J., not sitting.

ROBERT A. CRITTENDEN and ELIJAH T. WOODCOCK, *Respondents, v.* AMOS B. ATWOOD, *Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.